# Court of Appeals
# of the State of Georgia

ATLANTA,   June 13, 2013     

*The Court of Appeals hereby passes the following order:*

## A13D0390. JEFFERY BRIAN WILLIAMS v. THE STATE.

On April 10, 2013, Jeffery Brian Williams filed this discretionary application, seeking to appeal the trial court's March 7, 2013 order denying bond.[1] We lack jurisdiction for two reasons. First, the application is untimely. To be valid, an application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Here, however, Williams filed his application 34 days after entry of the order he seeks to appeal.

Second, "[t]he interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) are required to obtain review of an order denying or setting pre-trial bond." *Mullinax v. State*, 271 Ga. 112 (1) (515 SE2d 839) (1999); see also *Howard v. State*, 194 Ga. App. 857 (392 SE2d 562) (1990). Compliance with the interlocutory appeal procedures includes obtaining a certificate of immediate review from the trial court within ten days of entry of the order to be appealed. See OCGA § 5-6-34 (b). Williams' failure to follow the interlocutory appeal procedure deprives us of jurisdiction to consider his discretionary application. For these reasons, this application is hereby DISMISSED.

After this application was docketed, Williams filed two pro se motions, including a "Motion for Documents and Recordings at Government Expense" and a

---

[1] Williams is charged with multiple offenses, including possession of methamphetamine with intent to distribute, attempting to elude, obstruction, and aggravated assault.

"Petition/Motion for Legal Material." These motions are hereby DISMISSED as moot.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 06/13/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*